NUMBER 13-08-681-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE JUAN JOSE CASANOVA II






On Petition for Writ of Mandamus and


Request for Emergency Relief






MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam (1)



 Relator, Juan Josa Casanova II, filed a petition for writ of mandamus and request
for emergency relief in the above cause on November 26, 2008. The Court, having
examined and fully considered the petition for writ of mandamus and the request for
emergency relief, is of the opinion that relator has not shown himself entitled to the relief
sought. Accordingly, the petition for writ of mandamus and request for emergency relief
are DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and

filed this 26th day of November, 2008.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).